IN THE SUPREME COURT OF TEXAS






IN THE SUPREME COURT OF TEXAS
 
════════════
No. 05-0693
════════════
 
St. Luke’s Episcopal 
Hospital, Petitioner
 
v.
 
Irving W. Marks, 
Respondent
 
════════════════════════════════════════════════════
On Petition for Review from the
Court of Appeals for the First District of 
Texas
════════════════════════════════════════════════════
 
Per Curiam
 
 
The petition 
for review is granted.  Without reference to the merits, the court of 
appeals’ judgment, 177 S.W.3d 255, is vacated and the case is remanded to the 
court of appeals for further consideration in light of our decision in 
Diversicare General Partner, Inc. v. Rubio, 185 S.W.3d 842 (Tex. 
2005).  See Tex. R. App. 
P. 59.1, 60.2(f).  
 
OPINION 
DELIVERED:   May 5, 2006